**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00194-CV

**JOE Y. ROGERS, III, Appellant**

**V.**

**SANDRA ROGERS MILLER, AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED OF THE ESTATE OF JOE Y. ROGERS, JR., Appellee**

**On Appeal from the County Court at Law #4**
**Williamson County, Texas**
**Trial Court Cause No. 17-0461-CP4A**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed January 17, 2020 denying appellant's motion to recuse the trial judge. An order denying a motion to recuse may be reviewed on appeal from the final judgment. Tex. R. Civ. P. 18a(j)(1)(B). It appears a final judgment has not been signed in the underlying case.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har*

*Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). There are no statutory provisions authorizing an interlocutory appeal from an order denying a motion to recuse a judge.

On March 27, 2020, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed, by April 13, 2020, a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.